DAVID GRAFF (DG7011)
SHVETA KAKAR (SK0311)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Dgraff@andersonkill.com
Skakar@andersonkill.com

**13 CIV 5460**

*Attorneys for Petitioners Peter E. Deutsch and Receiver Robert Seiden*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER E. DEUTSCH,

      Plaintiff/Petitioner, and

RECEIVER ROBERT SEIDEN,

      Plaintiff/Petitioner,

vs.

ZST DIGITAL NETWORKS, INC.,

      Defendant/Respondent,

and

KING & WOOD MALLESONS,

      Garnishee.



NOTICE OF PETITION

Case No.

RECEIVED
AUG 05 2013
U.S.D.C. S.D.N.Y.
CASHIERS

**PLEASE TAKE NOTICE** that, upon the accompanying Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held By Garnishee filed on August 5, 2013, the annexed affirmation of David Graff, dated August 5, 2013 together with the exhibits annexed thereto and made a part thereof, petitioners **PETER E. DEUTSCH and RECEIVER ROBERT SEIDEN**, by its attorneys, Anderson Kill & Olick, P.C., shall move the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on August 19, 2013 at 4:00 pm, or as soon thereafter as counsel may be heard, for an order, pursuant to  Federal Rules of Civil Procedure 69, N.Y. Civil

{10860136:1}
nydocs1-1016758.1

Practice Law and Rules ("CPLR") Articles 4 and 52, as and for its Verified Petition for

Special Proceedings and Turnover of Judgment Debtor's Property Held by Garnishee,

King & Wood Mallesons LLP ("King & Wood" or "Garnishee"), and for such other,

further or different relief as this Court deems just proper and equitable.


Dated: New York, New York
      August 5, 2013

                  **ANDERSON KILL & OLICK, P.C.**

                  By: _____
                        David Graff, Esq.
                        Shveta Kakar, Esq.

                  1251 Avenue of the Americas
                  New York, New York 10020
                  (212) 278-1000
                  dgraff@andersonkill.com
                  skakar@andersonkill.com

                  *Attorneys for Petitioners*
                  *Peter E. Deutsch and*
                  *Receiver Robert Seiden*


To:                                                        To:
**ZST Digital Network, Inc.**                              **King & Wood Mallesons**
c/o Corporation Service Company                            444 Madison Avenue, 42nd Floor
2711 Centerville Road, Suite 400                           New York, NY 10022
Wilmington, Delaware 19808