# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Case No.: 13-CIV-5460**
Return Date: 8/19/13

-----------------------------------------------------------------X

**PETER E. DEUTSCH,**

                Plaintiff/Petitioner, and

**RECEIVER ROBERT SEIDEN,**

                Plaintiff/Petitioner,

- against -

**ZST DIGITAL NETWORKS, INC.,**

                Defendant/Respondent, and

**KING & WOOD MALLESONS,**

                Garnishee.

-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK; COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Tuesday, August 6, 2013, at 1:17 P.M. deponent **served** the within **Notice of Petition, Verified Petition** for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held by Garnishee and Affirmation in Support of Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held by Garnishee, Exhibits 1-17 and Individual Practices of Judge Robert P. Patterson, Jr.

Upon:         **King & Wood Mallesons**
Located at:   444 Madison Avenue, 42nd Floor, New York, New York 10022

### Law Firm Service:

by delivering there at a true copy of the aforesaid documents to **King & Wood Mallesons** personally, at their usual place of business within the state. Deponent knew said law firm so served to be the law firm described in the Notice of Petition, Verified Petition and Affirmation in Support of Verified Petition. Deponent knew said individual served to be **Dan Liu**, Administration, and the person in charge at the time of service, thereof and she stated that she was authorized to accept service of process for King & Wood Mallesons.

Dan Liu's Description: Asian, Light Brown Skin, Female, Black Hair, 30 Years Old, 5' 6" and 120 Lbs.

                                              **Corey Guskin**
                                              License # 1094475

Sworn to before me this 6th day of August, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014