UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER E. DEUTSCH,<br>    Plaintiff/Petitioner, and<br><br>RECEIVER ROBERT SEIDEN,<br>    Plaintiff/Petitioner,<br><br>vs.<br><br>ZST DIGITAL NETWORKS, INC.,<br>    Defendant/Respondent,<br><br>and<br><br>KING & WOOD MALLESONS,<br>    Garnishee. | Case No. 13-CIV-5460 |

## AFFIDAVIT OF SERVICE

I, __Jason Santiago__, being duly sworn and deposed says:

I am over eighteen years of age. I am employed by Digital Legal, LLC. I am not a party to this action.

On, Tuesday, August 06, 2013, I served true and correct copies of the following documents:

- Notice of Petition to Garnishee King & Wood Mallesons, filed on August 5, 2013
- Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held By Garnishee
- Affirmation in Support of Verified Petition for Special Proceeding and Turnover of Judgment Debtors' Property, Including Property Held By Garnishee

on ZST Digital Networks, Inc., by serving its registered agent, __Susan Rhea__, of Corporation Service Company, located 2711 Centerville Road, Wilmington, Delaware 19808.

_____    __Aug 6, 2013__
NAME                                DATE

[Notary seal: JEFFREY A. LO, NOTARY PUBLIC, STATE OF DELAWARE, COMMISSION EXPIRES DEC. 14, 2013]

{975.001-W0027175v1}