AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PETER E. DEUTSCH et ano. ) | | |
| Plaintiff ) | | |
| v. ) | Case No. | 13 CV 5560 (RPP) |
| ZST DIGITAL NETWORKS, INC., ) | | |
| Defendant ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

King & Wood Mallesons

Date: 08/15/2013

*Fran M. Jacobs*
Attorney's signature

Fran M. Jacobs  (0892)
Printed name and bar number

Duane Morris LLP
1540 Broadway
New York, NY  10036
Address

fmjacobs@duanemorris.com
E-mail address

(212) 692-1060
Telephone number

(212) 692-1020
FAX number