UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PETER E. DEUTSCH,                                :

              Plaintiff/Petitioner, and        :   Case No. 13 CV 5460 (RPP)

RECEIVER ROBERT SEIDEN,             :

              Plaintiff/Petitioner,            :   NOTICE OF MOTION TO DISMISS

  -against-                                        :

ZST DIGITAL NETWORKS, INC.,         :

              Defendant/Respondent,          :

  -and-                                            :

KING & WOOD MALLESONS,              :

              Garnishee.                       :
-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the annexed declarations of Barbara Chiu and James Y. Jiang, together with the exhibits thereto, and all the pleadings and proceedings herein, Garnishee King & Wood Mallesons will move this Court before the Hon. Robert P. Patterson, Jr., in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on September 11, 2013 at 10:00 A.M., for an order dismissing the petition of plaintiffs/petitioners Peter E. Deutsch and Robert Seiden, pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(6), and 9(b) on the grounds that the Court lacks personal jurisdiction over King & Wood Mallesons, the petition fails to state a claim upon which relief can be granted, and the petition fails to plead fraud with particularity; and granting such other and further relief as the Court may deem just and proper.

DM1\4097226.1

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b), answering papers, if any, must be served and filed within fourteen days after service hereof.

Dated: New York, NY
August 15, 2013

DUANE MORRIS LLP

By: *Fran M. Jacobs*
Fran M. Jacobs
Kevin Potere
1540 Broadway
New York, NY 10036
(212) 692-1000
Attorneys for Garnishee King & Wood Mallesons

TO: ANDERSON KILL & OLICK P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
Attorneys for Plaintiffs/Petitioners